1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

FASHIONCRAFT-EXCELLO LLC,

          Plaintiff,

      v.

ST & COMPANY LLC DBA SMOKE TOKES LLC AND SMOKE TOKES LLC,

          Defendants.

Civil Action No.:
2:22−cv−07387−AB−JPR

**ORDER ON JOINT STIPULATION OF DISMISSAL (Dkt. No. 38)**

Based on the Parties' Joint Stipulation of Dismissal (Dkt. No. 38), this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs and attorneys' fees.

DATED: November 21, 2023

_____
The Honorable André Birotte Jr.
United States District Judge